# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

————————————————————

No. 1D17-653

————————————————————

DARRIUS WORTHEY,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

————————————————————

On appeal from the Circuit Court for Leon County.
Angela C. Dempsey, Judge.

March 6, 2018

PER CURIAM.

AFFIRMED.

WETHERELL, ROWE, and JAY, JJ., concur.

————————————————————

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

————————————————————

Andy Thomas, Public Defender, Joanna A. Mauer, Assistant Public Defender, Tallahassee, for Appellant.

Pamela Jo Bondi, Attorney General, Virginia Harris, Assistant Attorney General, Tallahassee, for Appellee.